AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:20-mj-01033-NJK |
| | ) | |
| EVERETT DEAN NEWSOM | ) | Charging District:   District of Arizona |
| *Defendant* | ) | Charging District's Case No.   3:20-mj-04286-CDB |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place:  123 N. San Francisco Street Flagstaff, AZ 86001 before: Magistrate Judge Camille D. Bibles | Courtroom No.:  AS ORDERED |
| --- | --- |
| | Date and Time:  December 16, 2020 at 10:00 AM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   December 2, 2020

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



```
_X_ FILED         ____ RECEIVED
    ENTERED       ____ SERVED ON
          COUNSEL/PARTIES OF RECORD

          DEC 02, 2020

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY:                        DEPUTY
```